STATEMENT OF SERVICE BY MAIL
AND ACKNOWLEDGEMENT OF RECEIPT BY MAIL OF SUMMONS
AND COMPLAINT

Re: *Louisiana Sheriffs' Pension and Relief Fund, et al. v. Citigroup, Inc. et al.*
Index No. 602830/2008 (Sup. Ct. N.Y. Co.)

A. STATEMENT OF SERVICE BY MAIL

To:    John C. Gerspach, c/o Richard A. Rosen, Esq., Paul, Weiss, Rifkind, Wharton &
Garrison, LLP, 1285 Avenue of the Americas, New York, New York 10019-6064. The
enclosed summons and complaint are served pursuant to section 312-a of the Civil
Practice Law and Rules.

To avoid being charged with the expense of service upon you, you must sign, date
and complete the acknowledgement part of this form and mail or deliver one copy of the
completed form to the sender within thirty (30) days from the date you receive it. You
should keep a copy for your records or your attorney. If you wish to consult an attorney,
you should do so as soon as possible before the thirty (30) days expire.

If you do not complete and return the form to the sender within thirty (30) days,
you (or the party on whose behalf you are being served) will be required to pay expenses
incurred in serving the summons and complaint in any other manner permitted by law,
and the cost of such service as permitted by law will be entered as a judgment against
you.

If you have received a complaint or petition with this statement, the return of this
statement and acknowledgement does not relieve you of the necessity to answer the
complaint or petition. The time to answer expires twenty (20) days after the day you mail
or deliver this form to the sender. If you wish to consult with an attorney, you should do
so as soon as possible before the twenty (20) days expire.

If you are served on behalf of a corporation, unincorporated association,
partnership or other entity, you must indicate under your signature your relationship to
the entity. If you are served on behalf of another person and you are authorized to
receive process, you must indicate under your signature your authority.

It is a crime to forge a signature or to make a false entry on this statement or on
the acknowledgement.

B. ACKNOWLEDGEMENT OF RECEIPT OF SUMMONS AND COMPLAINT OR
SUMMONS AND NOTICE OR NOTICE OF PETITION AND PETITION

I received a summons and complaint in the above-captioned matter at Paul Weiss,
Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, N.Y. 10019.

PLEASE CHECK ONE OF THE FOLLOWING;

IF 2 IS CHECKED, COMPLETE AS INDICATED:

    1. / / I am not in military service.

    2. / / I am in military service, and my rank, serial number and branch of service
are as follows:

    Rank: _____

    Serial number: _____

    Branch of Service: _____

TO BE COMPLETED REGARDLESS OF
MILITARY STATUS:

Date: _____
       (Date this Acknowledgement is executed)

      I affirm the above as true under penalty of perjury.

           _____
           Signature

           _____
           Print name

           _____
           Name of Defendant for which Acting

           _____
           Position with Defendant for which acting
           (i.e., officer, attorney, etc.)

PLEASE COMPLETE ALL BLANKS INCLUDING DATES

2

STATEMENT OF SERVICE BY MAIL
AND ACKNOWLEDGEMENT OF RECEIPT BY MAIL OF SUMMONS
AND COMPLAINT

Re:     *Louisiana Sheriffs' Pension and Relief Fund, et al. v. Citigroup, Inc. et al.*
Index No. 602830/2008 (Sup. Ct. N.Y. Co.)

A.  STATEMENT OF SERVICE BY MAIL

To:     Sanford I. Weill, c/o Richard A. Rosen, Esq., Paul, Weiss, Rifkind, Wharton &
Garrison, LLP, 1285 Avenue of the Americas, New York, New York 10019-6064. The
enclosed summons and complaint are served pursuant to section 312-a of the Civil
Practice Law and Rules.

        To avoid being charged with the expense of service upon you, you must sign, date
and complete the acknowledgement part of this form and mail or deliver one copy of the
completed form to the sender within thirty (30) days from the date you receive it.  You
should keep a copy for your records or your attorney.  If you wish to consult an attorney,
you should do so as soon as possible before the thirty (30) days expire.

        If you do not complete and return the form to the sender within thirty (30) days,
you (or the party on whose behalf you are being served) will be required to pay expenses
incurred in serving the summons and complaint in any other manner permitted by law,
and the cost of such service as permitted by law will be entered as a judgment against
you.

        If you have received a complaint or petition with this statement, the return of this
statement and acknowledgement does not relieve you of the necessity to answer the
complaint or petition.  The time to answer expires twenty (20) days after the day you mail
or deliver this form to the sender.  If you wish to consult with an attorney, you should do
so as soon as possible before the twenty (20) days expire.

        If you are served on behalf of a corporation, unincorporated association,
partnership or other entity, you must indicate under your signature your relationship to
the entity.  If you are served on behalf of another person and you are authorized to
receive process, you must indicate under your signature your authority.

        It is a crime to forge a signature or to make a false entry on this statement or on
the acknowledgement.

B.  ACKNOWLEDGEMENT OF RECEIPT OF SUMMONS AND COMPLAINT OR
SUMMONS AND NOTICE OR NOTICE OF PETITION AND PETITION

I received a summons and complaint in the above-captioned matter at Paul Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, N.Y. 10019.

PLEASE CHECK ONE OF THE FOLLOWING;

IF 2 IS CHECKED, COMPLETE AS INDICATED:

    1.  /  /  I am not in military service.

    2.  /  /  I am in military service, and my rank, serial number and branch of service are as follows:

    Rank: _____

    Serial number: _____

    Branch of Service: _____

TO BE COMPLETED REGARDLESS OF
MILITARY STATUS:

Date: _____
       (Date this Acknowledgement is executed)

    I affirm the above as true under penalty of perjury.

    _____
    Signature

    _____
    Print name

    _____
    Name of Defendant for which Acting

    _____
    Position with Defendant for which acting
    (i.e., officer, attorney, etc.)

PLEASE COMPLETE ALL BLANKS INCLUDING DATES

2

## STATEMENT OF SERVICE BY MAIL
## AND ACKNOWLEDGEMENT OF RECEIPT BY MAIL OF SUMMONS
## AND COMPLAINT

*Re:*     *Louisiana Sheriffs' Pension and Relief Fund, et al. v. Citigroup, Inc. et al.*
       *Index No. 602830/2008 (Sup. Ct. N.Y. Co.)*

A. STATEMENT OF SERVICE BY MAIL

To:    C. Michael Armstrong, c/o Richard A. Rosen, Esq., Paul, Weiss, Rifkind, Wharton & Garrison, LLP, 1285 Avenue of the Americas, New York, New York 10019-6064. The enclosed summons and complaint are served pursuant to section 312-a of the Civil Practice Law and Rules.

To avoid being charged with the expense of service upon you, you must sign, date and complete the acknowledgement part of this form and mail or deliver one copy of the completed form to the sender within thirty (30) days from the date you receive it. You should keep a copy for your records or your attorney. If you wish to consult an attorney, you should do so as soon as possible before the thirty (30) days expire.

If you do not complete and return the form to the sender within thirty (30) days, you (or the party on whose behalf you are being served) will be required to pay expenses incurred in serving the summons and complaint in any other manner permitted by law, and the cost of such service as permitted by law will be entered as a judgment against you.

If you have received a complaint or petition with this statement, the return of this statement and acknowledgement does not relieve you of the necessity to answer the complaint or petition. The time to answer expires twenty (20) days after the day you mail or deliver this form to the sender. If you wish to consult with an attorney, you should do so as soon as possible before the twenty (20) days expire.

If you are served on behalf of a corporation, unincorporated association, partnership or other entity, you must indicate under your signature your relationship to the entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

It is a crime to forge a signature or to make a false entry on this statement or on the acknowledgement.

B. ACKNOWLEDGEMENT OF RECEIPT OF SUMMONS AND COMPLAINT OR
SUMMONS AND NOTICE OR NOTICE OF PETITION AND PETITION

    I received a summons and complaint in the above-captioned matter at Paul Weiss,
Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, N.Y. 10019.

PLEASE CHECK ONE OF THE FOLLOWING;

IF 2 IS CHECKED, COMPLETE AS INDICATED:

    1. / / I am not in military service.

    2. / / I am in military service, and my rank, serial number and branch of service
are as follows:

    Rank:

    Serial number:

    Branch of Service:

TO BE COMPLETED REGARDLESS OF
MILITARY STATUS:

Date: _____
        (Date this Acknowledgement is executed)

    I affirm the above as true under penalty of perjury.

        Signature

        Print name

        Name of Defendant for which Acting

        Position with Defendant for which acting
        (i.e., officer, attorney, etc.)

PLEASE COMPLETE ALL BLANKS INCLUDING DATES

2

## STATEMENT OF SERVICE BY MAIL
## AND ACKNOWLEDGEMENT OF RECEIPT BY MAIL OF SUMMONS
## AND COMPLAINT

*Re:*    *Louisiana Sheriffs' Pension and Relief Fund, et al. v. Citigroup, Inc. et al.*
Index No. 602830/2008 (Sup. Ct. N.Y. Co.)

A. STATEMENT OF SERVICE BY MAIL

To:    Alan J.P. Belda, c/o Richard A. Rosen, Esq., Paul, Weiss, Rifkind, Wharton &
Garrison, LLP, 1285 Avenue of the Americas, New York, New York 10019-6064. The
enclosed summons and complaint are served pursuant to section 312-a of the Civil
Practice Law and Rules.

To avoid being charged with the expense of service upon you, you must sign, date
and complete the acknowledgement part of this form and mail or deliver one copy of the
completed form to the sender within thirty (30) days from the date you receive it. You
should keep a copy for your records or your attorney. If you wish to consult an attorney,
you should do so as soon as possible before the thirty (30) days expire.

If you do not complete and return the form to the sender within thirty (30) days,
you (or the party on whose behalf you are being served) will be required to pay expenses
incurred in serving the summons and complaint in any other manner permitted by law,
and the cost of such service as permitted by law will be entered as a judgment against
you.

If you have received a complaint or petition with this statement, the return of this
statement and acknowledgement does not relieve you of the necessity to answer the
complaint or petition. The time to answer expires twenty (20) days after the day you mail
or deliver this form to the sender. If you wish to consult with an attorney, you should do
so as soon as possible before the twenty (20) days expire.

If you are served on behalf of a corporation, unincorporated association,
partnership or other entity, you must indicate under your signature your relationship to
the entity. If you are served on behalf of another person and you are authorized to
receive process, you must indicate under your signature your authority.

It is a crime to forge a signature or to make a false entry on this statement or on
the acknowledgement.

B.  ACKNOWLEDGEMENT OF RECEIPT OF SUMMONS AND COMPLAINT OR
SUMMONS AND NOTICE OR NOTICE OF PETITION AND PETITION

 I received a summons and complaint in the above-captioned matter at Paul Weiss,
Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, N.Y. 10019.

PLEASE CHECK ONE OF THE FOLLOWING;

IF 2 IS CHECKED, COMPLETE AS INDICATED:

 1.  /  /  I am not in military service.

 2.  /  /  I am in military service, and my rank, serial number and branch of service
are as follows:

 Rank:

 Serial number:

 Branch of Service:

TO BE COMPLETED REGARDLESS OF
MILITARY STATUS:

Date: _____
(Date this Acknowledgement is executed)

I affirm the above as true under penalty of perjury.

   Signature

   Print name

   Name of Defendant for which Acting

   Position with Defendant for which acting
   (i.e., officer, attorney, etc.)

PLEASE COMPLETE ALL BLANKS INCLUDING DATES

2

STATEMENT OF SERVICE BY MAIL
AND ACKNOWLEDGEMENT OF RECEIPT BY MAIL OF SUMMONS
AND COMPLAINT

*Re:*    *Louisiana Sheriffs' Pension and Relief Fund, et al. v. Citigroup, Inc. et al.*
Index No. 602830/2008 (Sup. Ct. N.Y. Co.)

A. STATEMENT OF SERVICE BY MAIL

To:    George David, c/o Richard A. Rosen, Esq., Paul, Weiss, Rifkind, Wharton &
Garrison, LLP, 1285 Avenue of the Americas, New York, New York 10019-6064. The
enclosed summons and complaint are served pursuant to section 312-a of the Civil
Practice Law and Rules.

To avoid being charged with the expense of service upon you, you must sign, date
and complete the acknowledgement part of this form and mail or deliver one copy of the
completed form to the sender within thirty (30) days from the date you receive it. You
should keep a copy for your records or your attorney. If you wish to consult an attorney,
you should do so as soon as possible before the thirty (30) days expire.

If you do not complete and return the form to the sender within thirty (30) days,
you (or the party on whose behalf you are being served) will be required to pay expenses
incurred in serving the summons and complaint in any other manner permitted by law,
and the cost of such service as permitted by law will be entered as a judgment against
you.

If you have received a complaint or petition with this statement, the return of this
statement and acknowledgement does not relieve you of the necessity to answer the
complaint or petition. The time to answer expires twenty (20) days after the day you mail
or deliver this form to the sender. If you wish to consult an attorney, you should do
so as soon as possible before the twenty (20) days expire.

If you are served on behalf of a corporation, unincorporated association,
partnership or other entity, you must indicate under your signature your relationship to
the entity. If you are served on behalf of another person and you are authorized to
receive process, you must indicate under your signature your authority.

It is a crime to forge a signature or to make a false entry on this statement or on
the acknowledgement.

B.  ACKNOWLEDGEMENT OF RECEIPT OF SUMMONS AND COMPLAINT OR
    SUMMONS AND NOTICE OR NOTICE OF PETITION AND PETITION

     I received a summons and complaint in the above-captioned matter at Paul Weiss,
Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, N.Y. 10019.

PLEASE CHECK ONE OF THE FOLLOWING;

IF 2 IS CHECKED, COMPLETE AS INDICATED:

     1.  /  /  I am not in military service.

     2.  /  /  I am in military service, and my rank, serial number and branch of service
are as follows:

     Rank:

     Serial number:

     Branch of Service:

TO BE COMPLETED REGARDLESS OF
MILITARY STATUS:

Date: _____
          (Date this Acknowledgement is executed)

     I affirm the above as true under penalty of perjury.

          Signature

          Print name

          Name of Defendant for which Acting

          Position with Defendant for which acting
          (i.e., officer, attorney, etc.)

     PLEASE COMPLETE ALL BLANKS INCLUDING DATES

2

STATEMENT OF SERVICE BY MAIL
AND ACKNOWLEDGEMENT OF RECEIPT BY MAIL OF SUMMONS
AND COMPLAINT

Re:    *Louisiana Sheriffs' Pension and Relief Fund, et al. v. Citigroup,, Inc. et al.*
       Index No. 602830/2008 (Sup. Ct. N.Y. Co.)

A. STATEMENT OF SERVICE BY MAIL

To:    Kenneth T. Derr, c/o Richard A. Rosen, Esq., Paul, Weiss, Rifkind, Wharton &
Garrison, LLP, 1285 Avenue of the Americas, New York, New York 10019-6064. The
enclosed summons and complaint are served pursuant to section 312-a of the Civil
Practice Law and Rules.

       To avoid being charged with the expense of service upon you, you must sign, date
and complete the acknowledgement part of this form and mail or deliver one copy of the
completed form to the sender within thirty (30) days from the date you receive it. You
should keep a copy for your records or your attorney. If you wish to consult an attorney,
you should do so as soon as possible before the thirty (30) days expire.

       If you do not complete and return the form to the sender within thirty (30) days,
you (or the party on whose behalf you are being served) will be required to pay expenses
incurred in serving the summons and complaint in any other manner permitted by law,
and the cost of such service as permitted by law will be entered as a judgment against
you.

       If you have received a complaint or petition with this statement, the return of this
statement and acknowledgement does not relieve you of the necessity to answer the
complaint or petition. The time to answer expires twenty (20) days after the day you mail
or deliver this form to the sender. If you wish to consult with an attorney, you should do
so as soon as possible before the twenty (20) days expire.

       If you are served on behalf of a corporation, unincorporated association,
partnership or other entity, you must indicate under your signature your relationship to
the entity. If you are served on behalf of another person and you are authorized to
receive process, you must indicate under your signature your authority.

       It is a crime to forge a signature or to make a false entry on this statement or on
the acknowledgement.

B. ACKNOWLEDGEMENT OF RECEIPT OF SUMMONS AND COMPLAINT OR
SUMMONS AND NOTICE OR NOTICE OF PETITION AND PETITION

     I received a summons and complaint in the above-captioned matter at Paul Weiss,
Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, N.Y. 10019.

PLEASE CHECK ONE OF THE FOLLOWING;

IF 2 IS CHECKED, COMPLETE AS INDICATED:

     1.  /  /  I am not in military service.

     2.  /  /  I am in military service, and my rank, serial number and branch of service
are as follows:

     Rank:

     Serial number:

     Branch of Service:

TO BE COMPLETED REGARDLESS OF<br>MILITARY STATUS:

Date: _____
           (Date this Acknowledgement is executed)

     I affirm the above as true under penalty of perjury.

          Signature

          Print name

          Name of Defendant for which Acting

          Position with Defendant for which acting
          (i.e., officer, attorney, etc.)

PLEASE COMPLETE ALL BLANKS INCLUDING DATES

STATEMENT OF SERVICE BY MAIL
AND ACKNOWLEDGEMENT OF RECEIPT BY MAIL OF SUMMONS
AND COMPLAINT

Re:    *Louisiana Sheriffs' Pension and Relief Fund, et al. v. Citigroup, Inc. et al.*
      **Index No. 602830/2008 (Sup. Ct. N.Y. Co.)**

A. STATEMENT OF SERVICE BY MAIL

To:    John M. Deutch, c/o Richard A. Rosen, Esq., Paul, Weiss, Rifkind, Wharton &
Garrison, LLP, 1285 Avenue of the Americas, New York, New York 10019-6064. The
enclosed summons and complaint are served pursuant to section 312-a of the Civil
Practice Law and Rules.

To avoid being charged with the expense of service upon you, you must sign, date
and complete the acknowledgement part of this form and mail or deliver one copy of the
completed form to the sender within thirty (30) days from the date you receive it. You
should keep a copy for your records or your attorney. If you wish to consult an attorney,
you should do so as soon as possible before the thirty (30) days expire.

If you do not complete and return the form to the sender within thirty (30) days,
you (or the party on whose behalf you are being served) will be required to pay expenses
incurred in serving the summons and complaint in any other manner permitted by law,
and the cost of such service as permitted by law will be entered as a judgment against
you.

If you have received a complaint or petition with this statement, the return of this
statement and acknowledgement does not relieve you of the necessity to answer the
complaint or petition. The time to answer expires twenty (20) days after the day you mail
or deliver this form to the sender. If you wish to consult with an attorney, you should do
so as soon as possible before the twenty (20) days expire.

If you are served on behalf of a corporation, unincorporated association,
partnership or other entity, you must indicate under your signature your relationship to
the entity. If you are served on behalf of another person and you are authorized to
receive process, you must indicate under your signature your authority.

It is a crime to forge a signature or to make a false entry on this statement or on
the acknowledgement.

B.  ACKNOWLEDGEMENT OF RECEIPT OF SUMMONS AND COMPLAINT OR
SUMMONS AND NOTICE OR NOTICE OF PETITION AND PETITION

I received a summons and complaint in the above-captioned matter at Paul Weiss,
Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, N.Y. 10019.

PLEASE CHECK ONE OF THE FOLLOWING;

IF 2 IS CHECKED, COMPLETE AS INDICATED:

1.  /  / I am not in military service.

2.  /  / I am in military service, and my rank, serial number and branch of service
are as follows:

Rank:

Serial number:

Branch of Service:

TO BE COMPLETED REGARDLESS OF
MILITARY STATUS:

Date: _____
(Date this Acknowledgement is executed)

I affirm the above as true under penalty of perjury.

Signature

Print name

Name of Defendant for which Acting

Position with Defendant for which acting.
(i.e., officer, attorney, etc.)

PLEASE COMPLETE ALL BLANKS INCLUDING DATES

2

STATEMENT OF SERVICE BY MAIL
AND ACKNOWLEDGEMENT OF RECEIPT BY MAIL OF SUMMONS
AND COMPLAINT

Re:    *Louisiana Sheriffs' Pension and Relief Fund, et al. v. Citigroup, Inc. et al.*
Index No. 602830/2008 (Sup. Ct. N.Y. Co.)

A. STATEMENT OF SERVICE BY MAIL

To:    Roberto Hernandez Ramirez, c/o Richard A. Rosen, Esq., Paul, Weiss, Rifkind, Wharton & Garrison, LLP, 1285 Avenue of the Americas, New York, New York 10019-6064. The enclosed summons and complaint are served pursuant to section 312-a of the Civil Practice Law and Rules.

To avoid being charged with the expense of service upon you, you must sign, date and complete the acknowledgement part of this form and mail or deliver one copy of the completed form to the sender within thirty (30) days from the date you receive it. You should keep a copy for your records or your attorney. If you wish to consult an attorney, you should do so as soon as possible before the thirty (30) days expire.

If you do not complete and return the form to the sender within thirty (30) days, you (or the party on whose behalf you are being served) will be required to pay expenses incurred in serving the summons and complaint in any other manner permitted by law, and the cost of such service as permitted by law will be entered as a judgment against you.

If you have received a complaint or petition with this statement, the return of this statement and acknowledgement does not relieve you of the necessity to answer the complaint or petition. The time to answer expires twenty (20) days after the day you mail or deliver this form to the sender. If you wish to consult with an attorney, you should do so as soon as possible before the twenty (20) days expire.

If you are served on behalf of a corporation, unincorporated association, partnership or other entity, you must indicate under your signature your relationship to the entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

It is a crime to forge a signature or to make a false entry on this statement or on the acknowledgement.

B.  ACKNOWLEDGEMENT OF RECEIPT OF SUMMONS AND COMPLAINT OR SUMMONS AND NOTICE OR NOTICE OF PETITION AND PETITION

I received a summons and complaint in the above-captioned matter at Paul Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, N.Y. 10019.

PLEASE CHECK ONE OF THE FOLLOWING;

IF 2 IS CHECKED, COMPLETE AS INDICATED:

1.  /  / I am not in military service.

2.  /  / I am in military service, and my rank, serial number and branch of service are as follows:

Rank:

Serial number:

Branch of Service:

TO BE COMPLETED REGARDLESS OF
MILITARY STATUS:

Date: _____
(Date this Acknowledgement is executed)

I affirm the above as true under penalty of perjury.


Signature


Print name


Name of Defendant for which Acting


Position with Defendant for which acting
(i.e., officer, attorney, etc.)


PLEASE COMPLETE ALL BLANKS INCLUDING DATES

2

## STATEMENT OF SERVICE BY MAIL
## AND ACKNOWLEDGEMENT OF RECEIPT BY MAIL OF SUMMONS
## AND COMPLAINT

*Re:*    *Louisiana Sheriffs' Pension and Relief Fund, et al. v. Citigroup, Inc. et al.*
         *Index No. 602830/2008 (Sup. Ct. N.Y. Co.)*

A. STATEMENT OF SERVICE BY MAIL

To:    Ann Dibble Jordan, c/o Richard A. Rosen, Esq., Paul, Weiss, Rifkind, Wharton &
Garrison, LLP, 1285 Avenue of the Americas, New York, New York 10019-6064. The
enclosed summons and complaint are served pursuant to section 312-a of the Civil
Practice Law and Rules.

To avoid being charged with the expense of service upon you, you must sign, date
and complete the acknowledgement part of this form and mail or deliver one copy of the
completed form to the sender within thirty (30) days from the date you receive it. You
should keep a copy for your records or your attorney. If you wish to consult an attorney,
you should do so as soon as possible before the thirty (30) days expire.

If you do not complete and return the form to the sender within thirty (30) days,
you (or the party on whose behalf you are being served) will be required to pay expenses
incurred in serving the summons and complaint in any other manner permitted by law,
and the cost of such service as permitted by law will be entered as a judgment against
you.

If you have received a complaint or petition with this statement, the return of this
statement and acknowledgement does not relieve you of the necessity to answer the
complaint or petition. The time to answer expires twenty (20) days after the day you mail
or deliver this form to the sender. If you wish to consult with an attorney, you should do
so as soon as possible before the twenty (20) days expire.

If you are served on behalf of a corporation, unincorporated association,
partnership or other entity, you must indicate under your signature your relationship to
the entity. If you are served on behalf of another person and you are authorized to
receive process, you must indicate under your signature your authority.

It is a crime to forge a signature or to make a false entry on this statement or on
the acknowledgement.

B.  ACKNOWLEDGEMENT OF RECEIPT OF SUMMONS AND COMPLAINT OR
SUMMONS AND NOTICE OR NOTICE OF PETITION AND PETITION

I received a summons and complaint in the above-captioned matter at Paul Weiss,
Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, N.Y. 10019.

PLEASE CHECK ONE OF THE FOLLOWING;

IF 2 IS CHECKED, COMPLETE AS INDICATED:

1.  /  /  I am not in military service.

2.  /  /  I am in military service, and my rank, serial number and branch of service
are as follows:

Rank:

Serial number:

Branch of Service:

TO BE COMPLETED REGARDLESS OF
MILITARY STATUS:

Date: _____
(Date this Acknowledgement is executed)

I affirm the above as true under penalty of perjury.

Signature

Print name

Name of Defendant for which Acting

Position with Defendant for which acting
(i.e., officer, attorney, etc.)

PLEASE COMPLETE ALL BLANKS INCLUDING DATES

2

## STATEMENT OF SERVICE BY MAIL
## AND ACKNOWLEDGEMENT OF RECEIPT BY MAIL OF SUMMONS
## AND COMPLAINT

**Re:**  *Louisiana Sheriffs' Pension and Relief Fund, et al. v. Citigroup, Inc. et al.*
Index No. 602830/2008 (Sup. Ct. N.Y. Co.)

A. STATEMENT OF SERVICE BY MAIL

To:     Klaus Kleinfeld, c/o Richard A. Rosen, Esq., Paul, Weiss, Rifkind, Wharton &
Garrison, LLP, 1285 Avenue of the Americas, New York, New York 10019-6064.  The
enclosed summons and complaint are served pursuant to section 312-a of the Civil
Practice Law and Rules.

         To avoid being charged with the expense of service upon you, you must sign, date
and complete the acknowledgement part of this form and mail or deliver one copy of the
completed form to the sender within thirty (30) days from the date you receive it.  You
should keep a copy for your records or your attorney.  If you wish to consult an attorney,
you should do so as soon as possible before the thirty (30) days expire.

         If you do not complete and return the form to the sender within thirty (30) days,
you (or the party on whose behalf you are being served) will be required to pay expenses
incurred in serving the summons and complaint in any other manner permitted by law,
and the cost of such service as permitted by law will be entered as a judgment against
you.

         If you have received a complaint or petition with this statement, the return of this
statement and acknowledgement does not relieve you of the necessity to answer the
complaint or petition.  The time to answer expires twenty (20) days after the day you mail
or deliver this form to the sender.  If you wish to consult with an attorney, you should do
so as soon as possible before the twenty (20) days expire.

         If you are served on behalf of a corporation, unincorporated association,
partnership or other entity, you must indicate under your signature your relationship to
the entity.  If you are served on behalf of another person and you are authorized to
receive process, you must indicate under your signature your authority.

         It is a crime to forge a signature or to make a false entry on this statement or on
the acknowledgement.

B. ACKNOWLEDGEMENT OF RECEIPT OF SUMMONS AND COMPLAINT OR
SUMMONS AND NOTICE OR NOTICE OF PETITION AND PETITION

     I received a summons and complaint in the above-captioned matter at Paul Weiss,
Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, N.Y. 10019.

PLEASE CHECK ONE OF THE FOLLOWING;

IF 2 IS CHECKED, COMPLETE AS INDICATED:

     1. / / I am not in military service.

     2. / / I am in military service, and my rank, serial number and branch of service
are as follows:

     Rank:

     Serial number:

     Branch of Service:

TO BE COMPLETED REGARDLESS OF
MILITARY STATUS:

Date: _____
            (Date this Acknowledgement is executed)

     I affirm the above as true under penalty of perjury.

            Signature

            Print name

            Name of Defendant for which Acting

            Position with Defendant for which acting
            (i.e., officer, attorney, etc.)

PLEASE COMPLETE ALL BLANKS INCLUDING DATES

2

# STATEMENT OF SERVICE BY MAIL
## AND ACKNOWLEDGEMENT OF RECEIPT BY MAIL OF SUMMONS AND COMPLAINT

**Re:** *Louisiana Sheriffs' Pension and Relief Fund, et al. v. Citigroup, Inc. et al.*
**Index No. 602830/2008 (Sup. Ct. N.Y. Co.)**

## A. STATEMENT OF SERVICE BY MAIL

To:    Andrew N. Liveris, c/o Richard A. Rosen, Esq., Paul, Weiss, Rifkind, Wharton & Garrison, LLP, 1285 Avenue of the Americas, New York, New York 10019-6064. The enclosed summons and complaint are served pursuant to section 312-a of the Civil Practice Law and Rules.

To avoid being charged with the expense of service upon you, you must sign, date and complete the acknowledgement part of this form and mail or deliver one copy of the completed form to the sender within thirty (30) days from the date you receive it. You should keep a copy for your records or your attorney. If you wish to consult an attorney, you should do so as soon as possible before the thirty (30) days expire.

If you do not complete and return the form to the sender within thirty (30) days, you (or the party on whose behalf you are being served) will be required to pay expenses incurred in serving the summons and complaint in any other manner permitted by law, and the cost of such service as permitted by law will be entered as a judgment against you.

If you have received a complaint or petition with this statement, the return of this statement and acknowledgement does not relieve you of the necessity to answer the complaint or petition. The time to answer expires twenty (20) days after the day you mail or deliver this form to the sender. If you wish to consult with an attorney, you should do so as soon as possible before the twenty (20) days expire.

If you are served on behalf of a corporation, unincorporated association, partnership or other entity, you must indicate under your signature your relationship to the entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

It is a crime to forge a signature or to make a false entry on this statement or on the acknowledgement.

B.  ACKNOWLEDGEMENT OF RECEIPT OF SUMMONS AND COMPLAINT OR
SUMMONS AND NOTICE OR NOTICE OF PETITION AND PETITION

I received a summons and complaint in the above-captioned matter at Paul Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, N.Y. 10019.

PLEASE CHECK ONE OF THE FOLLOWING;

IF 2 IS CHECKED, COMPLETE AS INDICATED:

1.  /  /  I am not in military service.

2.  /  /  I am in military service, and my rank, serial number and branch of service are as follows:

Rank:

Serial number:

Branch of Service:

TO BE COMPLETED REGARDLESS OF
MILITARY STATUS:

Date: _____
(Date this Acknowledgement is executed)

I affirm the above as true under penalty of perjury.

Signature

Print name

Name of Defendant for which Acting

Position with Defendant for which acting
(i.e., officer, attorney, etc.)

PLEASE COMPLETE ALL BLANKS INCLUDING DATES

2

STATEMENT OF SERVICE BY MAIL
AND ACKNOWLEDGEMENT OF RECEIPT BY MAIL OF SUMMONS
AND COMPLAINT

*Re:*    *Louisiana Sheriffs' Pension and Relief Fund, et al. v. Citigroup, Inc. et al.*
Index No. 602830/2008 (Sup. Ct. N.Y. Co.)

A. STATEMENT OF SERVICE BY MAIL

To:    Dudley C. Mecum, c/o Richard A. Rosen, Esq., Paul, Weiss, Rifkind, Wharton &
Garrison, LLP, 1285 Avenue of the Americas, New York, New York 10019-6064. The
enclosed summons and complaint are served pursuant to section 312-a of the Civil
Practice Law and Rules.

     To avoid being charged with the expense of service upon you, you must sign, date
and complete the acknowledgement part of this form and mail or deliver one copy of the
completed form to the sender within thirty (30) days from the date you receive it.  You
should keep a copy for your records or your attorney.  If you wish to consult an attorney,
you should do so as soon as possible before the thirty (30) days expire.

     If you do not complete and return the form to the sender within thirty (30) days,
you (or the party on whose behalf you are being served) will be required to pay expenses
incurred in serving the summons and complaint in any other manner permitted by law,
and the cost of such service as permitted by law will be entered as a judgment against
you.

     If you have received a complaint or petition with this statement, the return of this
statement and acknowledgement does not relieve you of the necessity to answer the
complaint or petition.  The time to answer expires twenty (20) days after the day you mail
or deliver this form to the sender.  If you wish to consult with an attorney, you should do
so as soon as possible before the twenty (20) days expire.

     If you are served on behalf of a corporation, unincorporated association,
partnership or other entity, you must indicate under your signature your relationship to
the entity.  If you are served on behalf of another person and you are authorized to
receive process, you must indicate under your signature your authority.

     It is a crime to forge a signature or to make a false entry on this statement or on
the acknowledgement.

B.  ACKNOWLEDGEMENT OF RECEIPT OF SUMMONS AND COMPLAINT OR
SUMMONS AND NOTICE OR NOTICE OF PETITION AND PETITION

I received a summons and complaint in the above-captioned matter at Paul Weiss,
Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, N.Y. 10019.

PLEASE CHECK ONE OF THE FOLLOWING;

IF 2 IS CHECKED, COMPLETE AS INDICATED:

1.  /  /  I am not in military service.

2.  /  /  I am in military service, and my rank, serial number and branch of service
are as follows:

Rank:

Serial number:

Branch of Service:

TO BE COMPLETED REGARDLESS OF
MILITARY STATUS:

Date: _____
(Date this Acknowledgement is executed)

I affirm the above as true under penalty of perjury.

Signature

Print name

Name of Defendant for which Acting

Position with Defendant for which acting
(i.e., officer, attorney, etc.)

PLEASE COMPLETE ALL BLANKS INCLUDING DATES

2

STATEMENT OF SERVICE BY MAIL
AND ACKNOWLEDGEMENT OF RECEIPT BY MAIL OF SUMMONS
AND COMPLAINT

Re:    *Louisiana Sheriffs' Pension and Relief Fund, et al. v. Citigroup, Inc. et al.*
       **Index No. 602830/2008 (Sup. Ct. N.Y. Co.)**

A. STATEMENT OF SERVICE BY MAIL

To:    Ann M. Mulcahy, c/o Richard A. Rosen, Esq., Paul, Weiss, Rifkind, Wharton &
Garrison, LLP, 1285 Avenue of the Americas, New York, New York 10019-6064. The
enclosed summons and complaint are served pursuant to section 312-a of the Civil
Practice Law and Rules.

       To avoid being charged with the expense of service upon you, you must sign, date
and complete the acknowledgement part of this form and mail or deliver one copy of the
completed form to the sender within thirty (30) days from the date you receive it. You
should keep a copy for your records or your attorney. If you wish to consult an attorney,
you should do so as soon as possible before the thirty (30) days expire.

       If you do not complete and return the form to the sender within thirty (30) days,
you (or the party on whose behalf you are being served) will be required to pay expenses
incurred in serving the summons and complaint in any other manner permitted by law,
and the cost of such service as permitted by law will be entered as a judgment against
you.

       If you have received a complaint or petition with this statement, the return of this
statement and acknowledgement does not relieve you of the necessity to answer the
complaint or petition. The time to answer expires twenty (20) days after the day you mail
or deliver this form to the sender. If you wish to consult with an attorney, you should do
so as soon as possible before the twenty (20) days expire.

       If you are served on behalf of a corporation, unincorporated association,
partnership or other entity, you must indicate under your signature your relationship to
the entity. If you are served on behalf of another person and you are authorized to
receive process, you must indicate under your signature your authority.

       It is a crime to forge a signature or to make a false entry on this statement or on
the acknowledgement.

B.  ACKNOWLEDGEMENT OF RECEIPT OF SUMMONS AND COMPLAINT OR
SUMMONS AND NOTICE OR NOTICE OF PETITION AND PETITION

I received a summons and complaint in the above-captioned matter at Paul Weiss,
Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, N.Y. 10019.

PLEASE CHECK ONE OF THE FOLLOWING;

IF 2 IS CHECKED, COMPLETE AS INDICATED:

1.  /  /  I am not in military service.

2.  /  /  I am in military service, and my rank, serial number and branch of service
are as follows:

Rank:

Serial number:

Branch of Service:

TO BE COMPLETED REGARDLESS OF
MILITARY STATUS:

Date: _____
(Date this Acknowledgement is executed)

I affirm the above as true under penalty of perjury.

Signature

Print name

Name of Defendant for which Acting

Position with Defendant for which acting
(i.e., officer, attorney, etc.)

PLEASE COMPLETE ALL BLANKS INCLUDING DATES

2

STATEMENT OF SERVICE BY MAIL
AND ACKNOWLEDGEMENT OF RECEIPT BY MAIL OF SUMMONS
AND COMPLAINT

Re:    *Louisiana Sheriffs' Pension and Relief Fund, et al. v. Citigroup, Inc. et al.*
Index No. 602830/2008 (Sup. Ct. N.Y. Co.)

A. STATEMENT OF SERVICE BY MAIL

To:    Richard D. Parsons, c/o Richard A. Rosen, Esq., Paul, Weiss, Rifkind, Wharton &
Garrison, LLP, 1285 Avenue of the Americas, New York, New York 10019-6064. The
enclosed summons and complaint are served pursuant to section 312-a of the Civil
Practice Law and Rules.

        To avoid being charged with the expense of service upon you, you must sign, date
and complete the acknowledgement part of this form and mail or deliver one copy of the
completed form to the sender within thirty (30) days from the date you receive it.  You
should keep a copy for your records or your attorney.  If you wish to consult an attorney,
you should do so as soon as possible before the thirty (30) days expire.

        If you do not complete and return the form to the sender within thirty (30) days,
you (or the party on whose behalf you are being served) will be required to pay expenses
incurred in serving the summons and complaint in any other manner permitted by law,
and the cost of such service as permitted by law will be entered as a judgment against
you.

        If you have received a complaint or petition with this statement, the return of this
statement and acknowledgement does not relieve you of the necessity to answer the
complaint or petition.  The time to answer expires twenty (20) days after the day you mail
or deliver this form to the sender.  If you wish to consult with an attorney, you should do
so as soon as possible before the twenty (20) days expire.

        If you are served on behalf of a corporation, unincorporated association,
partnership or other entity, you must indicate under your signature your relationship to
the entity.  If you are served on behalf of another person and you are authorized to
receive process, you must indicate under your signature your authority.

        It is a crime to forge a signature or to make a false entry on this statement or on
the acknowledgement.

B. ACKNOWLEDGEMENT OF RECEIPT OF SUMMONS AND COMPLAINT OR
SUMMONS AND NOTICE OR NOTICE OF PETITION AND PETITION

I received a summons and complaint in the above-captioned matter at Paul Weiss,
Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, N.Y. 10019.

PLEASE CHECK ONE OF THE FOLLOWING;

IF 2 IS CHECKED, COMPLETE AS INDICATED:

    1.  /  /  I am not in military service.

    2.  /  /  I am in military service, and my rank, serial number and branch of service
are as follows:

    Rank:

    Serial number:

    Branch of Service:

TO BE COMPLETED REGARDLESS OF
MILITARY STATUS:

Date: _____
          (Date this Acknowledgement is executed)

    I affirm the above as true under penalty of perjury.

        Signature

        Print name

        Name of Defendant for which Acting

        Position with Defendant for which acting
        (i.e., officer, attorney, etc.)

PLEASE COMPLETE ALL BLANKS INCLUDING DATES

2

STATEMENT OF SERVICE BY MAIL
AND ACKNOWLEDGEMENT OF RECEIPT BY MAIL OF SUMMONS
AND COMPLAINT

*Re:*    ***Louisiana Sheriffs' Pension and Relief Fund, et al. v. Citigroup, Inc. et al.***
        **Index No. 602830/2008 (Sup. Ct. N.Y. Co.)**

A. STATEMENT OF SERVICE BY MAIL

To:    Judith Rodin, c/o Richard A. Rosen, Esq., Paul, Weiss, Rifkind, Wharton &
Garrison, LLP, 1285 Avenue of the Americas, New York, New York 10019-6064. The
enclosed summons and complaint are served pursuant to section 312-a of the Civil
Practice Law and Rules.

        To avoid being charged with the expense of service upon you, you must sign, date
and complete the acknowledgement part of this form and mail or deliver one copy of the
completed form to the sender within thirty (30) days from the date you receive it. You
should keep a copy for your records or your attorney. If you wish to consult an attorney,
you should do so as soon as possible before the thirty (30) days expire.

        If you do not complete and return the form to the sender within thirty (30) days,
you (or the party on whose behalf you are being served) will be required to pay expenses
incurred in serving the summons and complaint in any other manner permitted by law,
and the cost of such service as permitted by law will be entered as a judgment against
you.

        If you have received a complaint or petition with this statement, the return of this
statement and acknowledgement does not relieve you of the necessity to answer the
complaint or petition. The time to answer expires twenty (20) days after the day you mail
or deliver this form to the sender. If you wish to consult with an attorney, you should do
so as soon as possible before the twenty (20) days expire.

        If you are served on behalf of a corporation, unincorporated association,
partnership or other entity, you must indicate under your signature your relationship to
the entity. If you are served on behalf of another person and you are authorized to
receive process, you must indicate under your signature your authority.

        It is a crime to forge a signature or to make a false entry on this statement or on
the acknowledgement.

B.  ACKNOWLEDGEMENT OF RECEIPT OF SUMMONS AND COMPLAINT OR
SUMMONS AND NOTICE OR NOTICE OF PETITION AND PETITION

I received a summons and complaint in the above-captioned matter at Paul Weiss,
Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, N.Y. 10019.

PLEASE CHECK ONE OF THE FOLLOWING;

IF 2 IS CHECKED, COMPLETE AS INDICATED:

1.  /  /  I am not in military service.

2.  /  /  I am in military service, and my rank, serial number and branch of service
are as follows:

Rank:

Serial number:

Branch of Service:

TO BE COMPLETED REGARDLESS OF
MILITARY STATUS:

Date: _____
(Date this Acknowledgement is executed)

I affirm the above as true under penalty of perjury.

Signature

Print name

Name of Defendant for which Acting

Position with Defendant for which acting
(i.e., officer, attorney, etc.)

PLEASE COMPLETE ALL BLANKS INCLUDING DATES

2

STATEMENT OF SERVICE BY MAIL
AND ACKNOWLEDGEMENT OF RECEIPT BY MAIL OF SUMMONS
AND COMPLAINT

Re:    *Louisiana Sheriffs' Pension and Relief Fund, et al. v. Citigroup, Inc. et al.*
       **Index No. 602830/2008 (Sup. Ct. N.Y. Co.)**

A.  STATEMENT OF SERVICE BY MAIL

To:    Robert E. Rubin c/o Richard A. Rosen, Esq., Paul, Weiss, Rifkind, Wharton &
Garrison, LLP, 1285 Avenue of the Americas, New York, New York 10019-6064. The
enclosed summons and complaint are served pursuant to section 312-a of the Civil
Practice Law and Rules.

       To avoid being charged with the expense of service upon you, you must sign, date
and complete the acknowledgement part of this form and mail or deliver one copy of the
completed form to the sender within thirty (30) days from the date you receive it.  You
should keep a copy for your records or your attorney.  If you wish to consult an attorney,
you should do so as soon as possible before the thirty (30) days expire.

       If you do not complete and return the form to the sender within thirty (30) days,
you (or the party on whose behalf you are being served) will be required to pay expenses
incurred in serving the summons and complaint in any other manner permitted by law,
and the cost of such service as permitted by law will be entered as a judgment against
you.

       If you have received a complaint or petition with this statement, the return of this
statement and acknowledgement does not relieve you of the necessity to answer the
complaint or petition.  The time to answer expires twenty (20) days after the day you mail
or deliver this form to the sender.  If you wish to consult with an attorney, you should do
so as soon as possible before the twenty (20) days expire.

       If you are served on behalf of a corporation, unincorporated association,
partnership or other entity, you must indicate under your signature your relationship to
the entity.  If you are served on behalf of another person and you are authorized to
receive process, you must indicate under your signature your authority.

       It is a crime to forge a signature or to make a false entry on this statement or on
the acknowledgement.

B.  ACKNOWLEDGEMENT OF RECEIPT OF SUMMONS AND COMPLAINT OR
    SUMMONS AND NOTICE OR NOTICE OF PETITION AND PETITION

      I received a summons and complaint in the above-captioned matter at Paul Weiss,
Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, N.Y. 10019.

PLEASE CHECK ONE OF THE FOLLOWING;

IF 2 IS CHECKED, COMPLETE AS INDICATED:

      1.  /  /  I am not in military service.

      2.  /  /  I am in military service, and my rank, serial number and branch of service
are as follows:

      Rank:

      Serial number:

      Branch of Service:

TO BE COMPLETED REGARDLESS OF
MILITARY STATUS:

Date: _____
        (Date this Acknowledgement is executed)

      I affirm the above as true under penalty of perjury.

      Signature

      Print name

      Name of Defendant for which Acting

      Position with Defendant for which acting
      (i.e., officer, attorney, etc.)

PLEASE COMPLETE ALL BLANKS INCLUDING DATES

2

STATEMENT OF SERVICE BY MAIL
AND ACKNOWLEDGEMENT OF RECEIPT BY MAIL OF SUMMONS
AND COMPLAINT

Re:    *Louisiana Sheriffs' Pension and Relief Fund, et al. v. Citigroup, Inc. et al.*
Index No. 602830/2008 (Sup. Ct. N.Y. Co.)

A.  STATEMENT OF SERVICE BY MAIL

To:    Franklin A. Thomas, c/o Richard A. Rosen, Esq., Paul, Weiss, Rifkind, Wharton & Garrison, LLP, 1285 Avenue of the Americas, New York, New York 10019-6064. The enclosed summons and complaint are served pursuant to section 312-a of the Civil Practice Law and Rules.

To avoid being charged with the expense of service upon you, you must sign, date and complete the acknowledgement part of this form and mail or deliver one copy of the completed form to the sender within thirty (30) days from the date you receive it. You should keep a copy for your records or your attorney. If you wish to consult an attorney, you should do so as soon as possible before the thirty (30) days expire.

If you do not complete and return the form to the sender within thirty (30) days, you (or the party on whose behalf you are being served) will be required to pay expenses incurred in serving the summons and complaint in any other manner permitted by law, and the cost of such service as permitted by law will be entered as a judgment against you.

If you have received a complaint or petition with this statement, the return of this statement and acknowledgement does not relieve you of the necessity to answer the complaint or petition. The time to answer expires twenty (20) days after the day you mail or deliver this form to the sender. If you wish to consult with an attorney, you should do so as soon as possible before the twenty (20) days expire.

If you are served on behalf of a corporation, unincorporated association, partnership or other entity, you must indicate under your signature your relationship to the entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

It is a crime to forge a signature or to make a false entry on this statement or on the acknowledgement.

B. ACKNOWLEDGEMENT OF RECEIPT OF SUMMONS AND COMPLAINT OR
SUMMONS AND NOTICE OR NOTICE OF PETITION AND PETITION

I received a summons and complaint in the above-captioned matter at Paul Weiss,
Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, N.Y. 10019.

PLEASE CHECK ONE OF THE FOLLOWING;

IF 2 IS CHECKED, COMPLETE AS INDICATED:

      1. / / I am not in military service.

      2. / / I am in military service, and my rank, serial number and branch of service
are as follows:

      Rank:

      Serial number:

      Branch of Service:

TO BE COMPLETED REGARDLESS OF
MILITARY STATUS:

Date: _____
          (Date this Acknowledgement is executed)

        I affirm the above as true under penalty of perjury.

                    Signature

                    Print name

                    Name of Defendant for which Acting

                    Position with Defendant for which acting
                    (i.e., officer, attorney, etc.)

PLEASE COMPLETE ALL BLANKS INCLUDING DATES

2

# EXHIBIT B

## CONSENT FOR REMOVAL

Defendants Citigroup Global Markets Inc., JPMorgan Chase & Co., Goldman, Sachs & Co., UBS Securities LLC, Banc of America Securities LLC, Barclays Capital Inc., Deutsche Bank Securities Inc., SBK-Brooks Investment Corp., Utendahl Capital Partners, L.P., Loop Capital Markets LLC, Toussaint Capital Markets, LLC, Credit Suisse Securities (USA) LLC, Greenwich Capital Markets Inc., Jackson Securities LLC, The Williams Capital Group, L.P., CastleOak Securities, L.P., Guzman & Co., Cabrera Capital Markets, LLC, Samuel A. Ramirez & Co., Inc., Muriel Siebert & Co., ING Belgium, SA, Danske Bank A/S and Fortis Bank NV-SA (the "Underwriter Defendants")[1] consent to the removal of *Louisiana Sheriffs' Pension and Relief Fund, et al. v. Citigroup, Inc., et al.*, Index No. 08-602830, currently pending in the Supreme Court of the State of New York, County of New York, to the United States District Court for the Southern District of New York.

---

[1]    This consent is given without prejudice and subject to the fact that some or all of the Underwriter Defendants have not been served.

By filing this consent, the Underwriter Defendants do not waive and expressly preserve all defenses, including but not limited to lack of personal jurisdiction.

Dated: October 31, 2008
     New York, New York

By: _____
     Jay B. Kasner
     George A. Zimmerman
     SKADDEN ARPS SLATE
      MEAGHER & FLOM LLP
     Four Times Square
     New York, New York 10036
     Tel.: 212-735-3000

     Attorneys for Underwriter Defendants

2

# EXHIBIT C

## CONSENT FOR REMOVAL

Defendant KPMG LLP[1] consents to the removal of *Louisiana Sheriffs' Pension and Relief Fund, et al. v. Citigroup, Inc., et al.*, Index No. 08-602830, currently pending in the Supreme Court of the State of New York, County of New York, to the United States District Court for the Southern District of New York.

By filing this consent, KPMG LLP does not waive and expressly preserves all defenses, including but not limited to lack of personal jurisdiction.

Dated: November 4, 2008
      New York, New York

                             *Robert A. Scher*
                             Robert A. Scher
                             Foley Lardner LLP
                             90 Park Avenue
                             New York, New York 10016
                             Tel.: 212-338-3405
                             Fax: 212-687-2329
                             rscher@foley.com

                             Attorneys for KPMG LLP

---

[1] This consent is given without prejudice and subject to the fact that defendant has not been served.