# BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

ATTORNEYS AT LAW

NEW YORK • CALIFORNIA • NEW JERSEY • LOUISIANA

STEVEN B. SINGER
Steven@blbglaw.com
212-554-1413



April 17, 2009

**By Hand Delivery**

Hon. Sidney H. Stein
United States District Court
United States Courthouse
500 Pearl Street, Room 1010
New York, NY 10007

    Re:    *In re Citigroup, Inc. Bond Litigation*, Master File No. 08-CV-9522 (SHS)

Dear Judge Stein:

    We are Bond Counsel in the above-captioned litigation, and write to request an extension of page limits for our opposition brief to Defendants' motions to dismiss the Consolidated Amended Class Action Complaint, which is due to be filed on April 24, 2009.

    By letter dated March 10, 2009, the Citigroup Defendants requested leave of Court to file a 70-page brief in support of their motion to dismiss, and noted that the Underwriter Defendants would submit a separate 25-page brief in support of their own motion to dismiss. On March 11, 2009, the Court granted the Citigroup Defendants' request, authorizing a total of 95 pages of briefing in support of all Defendants' motions. On March 13, 2009, the Citigroup Defendants filed a 60-page brief, while the Underwriter Defendants filed a 22-page brief.

    In order to respond to all of Defendants' arguments, we hereby request leave of Court to file a single brief in opposition to both motions to dismiss, and that such brief be up to 80 pages in length. Defendants have authorized us to inform the Court that they do not object to this request.

    We appreciate the Court's consideration of this matter.

Respectfully submitted,

Steven B. Singer

SO ORDERED 4/22/09

SIDNEY H. STEIN
U.S.D.J.

cc: Counsel of record (by email)



1285 AVENUE OF THE AMERICAS • NEW YORK • NY 10019-6028
TELEPHONE: 212-554-1400 • www.blbglaw.com • FACSIMILE: 212-554-1444