# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

| | |
|---|---|
| 1285 AVENUE OF THE AMERICAS<br>NEW YORK, NEW YORK 10019-6064<br>TELEPHONE (212) 373-3000<br><br>LLOYD K. GARRISON (1946-1991)<br>RANDOLPH E. PAUL (1946-1956)<br>SIMON H. RIFKIND (1950-1995)<br>LOUIS S. WEISS (1927-1950)<br>JOHN F. WHARTON (1927-1977)<br><br>WRITER'S DIRECT DIAL NUMBER<br>212-373-3316<br><br>WRITER'S DIRECT FACSIMILE<br>212-492-0316<br><br>WRITER'S DIRECT E-MAIL ADDRESS<br>bkarp@paulweiss.com | UNIT 3601, FORTUNE PLAZA OFFICE TOWER A<br>NO. 7 DONG SANHUAN ZHONGLU<br>CHAO YANG DISTRICT<br>BEIJING 100020<br>PEOPLE'S REPUBLIC OF CHINA<br>TELEPHONE (86-10) 5828-6300<br><br>12TH FLOOR, HONG KONG CLUB BUILDING<br>3A CHATER ROAD, CENTRAL<br>HONG KONG<br>TELEPHONE (852) 2846-0300<br><br>ALDER CASTLE<br>10 NOBLE STREET<br>LONDON EC2V 7JU, U.K.<br>TELEPHONE (44 20) 7367 1600<br><br>FUKOKU SEIMEI BUILDING<br>2-2 UCHISAIWAICHO 2-CHOME<br>CHIYODA-KU, TOKYO 100-0011, JAPAN<br>TELEPHONE (81-3) 3597 8101<br><br>2001 K STREET, NW<br>WASHINGTON, DC 20006-1047<br>TELEPHONE (202) 223-7300<br><br>500 DELAWARE AVENUE, SUITE 200<br>POST OFFICE BOX 32<br>WILMINGTON, DE 19899-0032<br>TELEPHONE (302) 655-4410 |



MATTHEW W. ABBOTT, ALLAN J. ARFFA, ROBERT A. ATKINS, JOHN F. BAUGHMAN, LYNN B. BAYARD, DANIEL J. BELLER, CRAIG A. BENSON*, MITCHELL L. BERG, MARK S. BERGMAN, BRUCE BIRENBOIM, H. CHRISTOPHER BOEHNING, ANGELO BONVINO, HENK BRANDS, JAMES L. BROCHIN, RICHARD J. BRONSTEIN, DAVID W. BROWN, SUSANNA M. BUERGEL, PATRICK S. CAMPBELL*, JEANETTE K. CHAN, YVONNE Y. F. CHAN, LEWIS R. CLAYTON, JAY COHEN, KELLEY A. CORNISH, CHARLES E. DAVIDOW, DOUGLAS R. DAVIS, THOMAS V. DE LA BASTIDE III, ARIEL J. DECKELBAUM, JAMES M. DUBIN, ALICE BELISLE EATON, ANDREW J. EHRLICH, LESLIE GORDON FAGEN, MARC FALCONE, ANDREW C. FINCH, ROBERTO FINZI, PETER E. FISCH, ROBERT C. FLEDER, MARTIN FLUMENBAUM, ANDREW J. FOLEY, HARRIS B. FREIDUS, MANUEL S. FREY, KENNETH A. GALLO, MICHAEL E. GERTZMAN, PAUL D. GINSBERG, ROBERT D. GOLDBAUM, NEIL GOLDMAN, ERIC S. GOLDSTEIN, ERIC GOODISON, CHARLES H. GOOGE, JR., ANDREW G. GORDON, BRUCE A. GUTENPLAN, GAINES GWATHMEY, III, ALAN S. HALPERIN, CLAUDIA HAMMERMAN, GERARD E. HARPER, BRIAN S. HERMANN, ROBERT M. HIRSH, MICHELE HIRSHMAN, JOYCE S. HUANG, DAVID S. HUNTINGTON, MEREDITH J. KANE, ROBERTA A. KAPLAN, BRAD S. KARP, JOHN C. KENNEDY, ALAN W. KORNBERG, DANIEL J. KRAMER, DAVID K. LAKHDHIR, STEPHEN P. LAMB*, JOHN E. LANGE, DANIEL J. LEFFELL, XIAOYU GREG LIU, JEFFREY D. MARELL, MARCO V. MASOTTI, EDWIN S. MAYNARD, DAVID W. MAYO, ELIZABETH R. McCOLM, MARK F. MENDELSOHN, TOBY S. MYERSON, JOHN E. NATHAN, CATHERINE NYARADY, ALEX YOUNG K. OH, JOHN J. O'NEIL, KELLEY D. PARKER, ROBERT P. PARKER*, MARC E. PERLMUTTER, MARK F. POMERANTZ, VALERIE E. RADWANER, CARL L. REISNER, WALTER G. RICCIARDI, WALTER RIEMAN, RICHARD A. ROSEN, ANDREW N. ROSENBERG, PETER J. ROTHENBERG, JACQUELINE P. RUBIN, RAPHAEL M. RUSSO, JEFFREY D. SAFERSTEIN, JEFFREY B. SAMUELS, DALE M. SARRO, TERRY E. SCHIMEK, KENNETH M. SCHNEIDER, ROBERT B. SCHUMER, JAMES H. SCHWAB, STEPHEN J. SHIMSHAK, DAVID R. SICULAR, MOSES SILVERMAN, STEVEN SIMKIN, JOSEPH J. SIMONS, MARILYN SOBEL, AUDRA J. SOLOWAY, TARUN M. STEWART, ERIC ALAN STONE, AIDAN SYNNOTT, ROBYN F. TARNOFSKY, DANIEL J. TOAL, MARK A. UNDERBERG, LIZA M. VELAZQUEZ, MARIA T. VULLO, LAWRENCE G. WEE, THEODORE V. WELLS, JR., BETH A. WILKINSON, STEVEN J. WILLIAMS, LAWRENCE I. WITDORCHIC, JULIA T.M. WOOD, JORDAN E. YARETT, KAYE N. YOSHINO, TONG YU, TRACEY A. ZACCONE, T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR

MEMO ENDORSED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/11
```

May 18, 2011

**By Facsimile**

The Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

       *In re Citigroup Inc. Bond Litigation*, No. 08 Civ. 9522 (SHS)

Dear Judge Stein:

    We represent the Citigroup Defendants in the above-referenced action. Pursuant to Rule 1.E of Your Honor's Individual Practices, we write to respectfully request an extension of defendants' time to respond to plaintiffs' Motion to Compel Production of Documents Withheld by the Citigroup Defendants Based on the "Bank Examination" Privilege (the "Motion").

    Plaintiffs filed the Motion on May 13, 2011. Defendants' opposition to the Motion currently is due May 20, 2011, while plaintiffs' reply is due May 23, 2011.

    Because the Motion raises numerous issues of fact and law regarding the bank examination privilege and its applicability to certain discovery materials in this case, and in order to give the federal banking regulatory agencies sufficient time to respond to the Motion or otherwise put forward their views regarding the matters in dispute, we request that the time for defendants to file their opposition to the Motion be extended until June 6, 2011, and that the time for plaintiffs to file their reply to the

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

The Honorable Sidney H. Stein                                                              2

Motion be extended until June 20, 2011. We have conferred with plaintiffs' counsel and they consent to these requests.

No prior request has been made for this relief. We appreciate the Court's consideration of this matter.

Respectfully submitted,

*Brad S. Karp/SB*

Brad S. Karp

cc (by email):    Steven B. Singer
                  John C. Browne
                  Jay B. Kasner
                  George Zimmerman
                  David Kessler
                  Peter S. Linden
                  Brian F. Rice
                  Robert D. Klausner
                  Marc Gross

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.