

# BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

### ATTORNEYS AT LAW

### NEW YORK • CALIFORNIA • LOUISIANA

**RECEIVED MAY 19 2011**
STEVEN D. SINGER
steven@blbglaw.com
212-554-1413

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 5/20/11

May 19, 2011

**By Facsimile**

**MEMO ENDORSED**

The Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   *In re Citigroup Inc. Bond Litigation*, No. 08 Civ. 9522 (SHS)

Dear Judge Stein:

On behalf of Bond Plaintiffs in the above-captioned action, we write concerning Bond Plaintiffs' pending motion for class certification (Dkt. Nos. 78-80) (the "Certification Motion").

As Your Honor is aware, on May 13, 2011, the Citigroup Defendants and the Underwriter Defendants filed a 50 page memorandum of law in opposition to the Certification Motion. Bond Plaintiffs' reply papers are due on June 10, 2011. Pursuant to Your Honor's Individual Practices Rule 2(C), Bond Plaintiffs are entitled to file a 20 page reply brief. However, in light of the length of the Citigroup Defendants' and Underwriter Defendants' opposition brief, we respectfully request permission to file a reply brief of up to 35 pages. No prior request for this relief has been made. Defendants have no objection to Bond Plaintiffs' request.

Respectfully submitted,

*Steven B. Singer/PP*

Steven B. Singer

**SO ORDERED** 5/20/11

*[signature]*
**SIDNEY H. STEIN**
**U.S.D.J.**

cc (by fax):   Brad Karp, *Counsel for the Citigroup Defendants*
Susanna Buergel, *Counsel for the Citigroup Defendants*
Sharon Schneier, *Counsel for the Citigroup Defendants*
Jay B. Kasner, *Counsel for the Underwriter Defendants*

1285 AVENUE OF THE AMERICAS • NEW YORK • NY 10019-6028
TELEPHONE: 212-554-1400 • www.blbglaw.com • FACSIMILE: 212-554-1444