UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CITIGROUP INC. BOND LITIGATION | Master File No. 08 Civ. 9522 (SHS)<br><br>ECF Case |

**NOTICE OF BOND PLAINTIFFS' MOTION FOR (I) PRELIMINARY APPROVAL OF SETTLEMENT, (II) CERTIFICATION OF THE BOND CLASS FOR PURPOSES OF SETTLEMENT AND (III) APPROVAL OF NOTICE TO THE BOND CLASS**

TO:   All Counsel of Record

PLEASE TAKE NOTICE that upon the Stipulation and Agreement of Settlement dated March 18, 2013, attached hereto as Exhibit 1; the accompanying Memorandum of Law; and all other papers and proceedings herein, Bond Plaintiffs will move this Court, under Rule 23 of the Federal Rules of Civil Procedure, at a date, time and location to be set by the Court, for an order: (i) preliminarily approving the proposed Settlement; (ii) certifying the proposed Bond Class and appointing Bond Plaintiffs as class representatives and Bond Counsel as class counsel for purposes of the Settlement; (iii) approving the form and manner of giving notice of the proposed Settlement to Bond Class Members; and (iv) scheduling a hearing on final approval of the Settlement and Bond Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses.

Attached hereto as Exhibit 2 is the proposed Order Preliminarily Approving Proposed Settlement and Providing for Notice and its exhibits.

Dated:  March 18, 2013
         New York, New York

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

By: */s/ Steven B. Singer*
Max W. Berger
Steven B. Singer
John C. Browne
John Rizio-Hamilton
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 554-1400
Fax: (212) 554-1444

*Attorneys for Bond Plaintiffs and Court-appointed Bond Counsel*

**KESSLER TOPAZ MELTZER & CHECK, LLP**
David Kessler
Darren J. Check
Matthew L. Mustokoff

280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

*Additional Counsel for City of Tallahassee Retirement System, Miami Beach Employees' Retirement Plan, Southeastern Pennsylvania Transit Authority, City of Philadelphia Board of Pensions and Retirement, and James M. Brown*

**POMERANTZ GROSSMAN HUFFORD
DAHLSTROM & GROSS LLP**
Marc I. Gross
Jeremy Lieberman

600 Third Avenue
New York, NY 10016
Tel: (212) 661-1100
Fax: (212) 661-8665

*Additional Counsel for American European
Insurance Company*

#712579