## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE CITIGROUP INC. BOND LITIG. | ) Master File No. 08 Civ. 9522 (SHS) |
|  | ) |
|  | ) ECF Case |

### NOTICE OF APPEAL

Class Members Lexie L. Hopson and Michelle B. Hopson JT WROS hereby appeal to the

United States Court of Appeals for the Second Circuit from this Court's December 19, 2013

Opinion and Order awarding attorneys fees.

Lexie L. Hopson &
Michelle B. Hopson JT WROS,
By Their Attorneys,

*/s/ Vincent S. Verdiramo*
VINCENT S. VERDIRAMO
VERDIRAMO & VERDIRAMO ESQS, PA
3163 Kennedy Blvd.
Jersey City NJ 07306
(201) 798-7082
(201) 798-4627
mmf036@aol.com

John J. Pentz, Esq.
19 Widow Rites Lane
Sudbury, MA 01776
Phone: (978) 261-5715
Fax: (978) 405-5161
jjpentz3@gmail.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed via the ECF filing system on January 14, 2014, and that as a result electronic notice of the filing was served upon all attorneys of record.

*/s/ Vincent S. Verdiramo*
Vincent S. Verdiramo