USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE CITIGROUP INC. BOND LITIGATION

08 Civ. 9522 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

The Court has received Bond Plaintiffs' Motion for Approval of Distribution Plan and Bond Counsel's Request for Approval of Payment of Litigation Expense, dated July 18, 2014. (*See* Dkt. No. 186.)

It is hereby ORDERED that any opposition to this motion shall be due on or before July 31, 2014, and any reply shall be due on or before August 7, 2014.

Dated: New York, New York
July 21, 2014

SO ORDERED:

Sidney H. Stein, U.S.D.J.